UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALPIA, *et al.*,<br><br>        Defendants. | Case No.  2:24-cv-00117-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 11<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 11. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 11, is granted.

2. Plaintiff is granted thirty days from the day of this order's issuance to file an amended complaint.

IT IS SO ORDERED.

Dated:   May 29, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE