UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SMITH,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALPIA, *et al.*,<br><br>                    Defendants. | Case No.  2:24-cv-0117-KJM-JDP (P)<br><br>ORDER |

On April 30, 2025, I recommended that plaintiff's second amended complaint be dismissed without leave to amend for failure to state a claim. ECF No. 24. While those recommendations were pending, plaintiff filed a motion for extension of time to file a third amended complaint. ECF No. 25. Plaintiff argues that he will state a cognizable claim should the court allow him another opportunity to amend. *Id.* at 2. In light of plaintiff's representation and his pro se status, I will vacate the April 30, 2025 findings and recommendations and grant plaintiff until June 13, 2025 to file a third amended complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 25, is granted;

2. Plaintiff is granted until June 13, 2025 to file a third amended complaint.

3. The April 30, 2025 findings and recommendations, ECF No. 24, are vacated.

IT IS SO ORDERED.

Dated:   May 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2